PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Apr 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIAS SILVA, <br> aka "Ghost," <br><br> Defendant. | CASE NO. 2:22-cr-0092-TLN <br><br> 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture |

# I N D I C T M E N T

The Grand Jury charges: T H A T

ELIAS SILVA, aka "Ghost,"

defendant herein, on or about February 3, 2020, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant ELIAS SILVA, a.k.a. "Ghost", shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

INDICTMENT

1

a. All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Section 841(a)(1), for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

b. A sum of money equal to the total amount of proceeds obtained as a result of the offense, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offense in this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

_____
PHILLIP A. TALBERT
United States Attorney

No. 2:22-cr-0092-TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

ELIAS SILVA,
aka "Ghost"

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine;
21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*  **/s/ Signature on file w/AUSA**

─────────────────────────────
*Foreman.*

*Filed in open court this* 4|28 *day*

*of* April , *A.D.* 20 22

/s/ Jonathan Anderson
─────────────────────────────
*Clerk.*

Bail, $ _____

No process necessary

─────── *am—Clerk* ───────

GPO 863 525

## United States v. Elias Silva
## Penalties for Indictment

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document