PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>ELIAS SILVA,<br><br>                          Defendant. | CASE NO.  2:22-CR-00092-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 18, 2023<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 18, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until July 27, 2023, and to exclude time between May 18, 2023, and July 27, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

b)      Counsel for defendant desires additional time review the charges and discovery in this case, conduct defense investigation and research, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2023 to July 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE STATUS CONFERENCE,
EXCLUDE TIME AND ORDER

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 12, 2023                          PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney


Dated:  May 12, 2023                          /s/ ETAN ZAITSU
                                             ETAN ZAITSU
                                             Counsel for Defendant
                                             ELIAS SILVA


## ORDER

IT IS SO FOUND AND ORDERED this 12th day of May, 2023.


Troy L. Nunley
United States District Judge