**FILED**
December 20, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIAS SILVA,

    Defendant.

Case No. 2:22-cr-00092-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ELIAS SILVA ,

Case No. 2:22-cr-00092-TLN , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $

    ☒ Unsecured Appearance Bond $  15,000.00

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

    ☐ (Other):  Released forthwith with terms as stated on the record and must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 12/23/2024.

    ☒ Detention hearing properly reopened based on provision of new sureties. While Court found Defendant poses some risk of danger and some risk of flight, those risks are mitigated by a change in sentencing law that dramatically lowers Defendant's Guidelines exposure, Defendant's strong family and community support, Defendant's efforts to avail himself of personal development opportunities while in jail, and fact that Defendant has not been accused of a violent crime in nearly 20 years.

    ////

Issued at Sacramento, California on December 20, 2024, at 3:20 PM.

By: _____

Magistrate Judge Sean C. Riordan