Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
ELIAS SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELIAS SILVA,<br><br>　　　　　　　　Defendant. | Case No.: 2:22-CR-00092 TLN<br><br>**STIPULATION AND ORDER TO VACATE THE TRIAL DATES AND TO RESET THE CHANGE OF PLEA HEARING ON FEBRUARY 27, 2025** |

　　　　The parties, defendant Elias Silva, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel Justin Lee, hereby stipulate and request an order vacating the trial, currently set for February 24, 2025, and resetting the change of plea hearing to February 27, 2025 at 9:30AM for the reasons that follow:

1. At the TCH, held on December 5, 2024, this Court set a 2-day trial beginning February 24, 2025.
2. On February 10, 2025, counsel for the defendant filed a request to set a change of plea on February 20, 2025.
3. Having thoroughly discussed the matter with his attorney, Mr. Silva now also wishes to vacate his trial date.
4. Counsel for the defendant represents, however, that he now has a scheduling conflict on February 20, 2025 with another Eastern District of California CJA case

1

**STIPULATION AND ORDER TO VACATE THE TRIAL DATES**

requiring him to be out of state on that date. Mr. Silva and his counsel therefore request that the change of plea be reset for February 27, 2025.

5. The parties are currently drafting language for the factual basis for Mr. Silva's open plea.

6. For these reasons, the parties agree that failure to grant the above request would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Based on the above-stated reasons, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2025 to February 27, 2025 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: February 14, 2025                    /s/ Etan Zaitsu
                                            ETAN ZAITSU
                                            Attorney for Defendant
                                            ELIAS SILVA

Dated: February 14, 2025                    /s/ Justin Lee
                                            JUSTIN LEE
                                            Assistant United States Attorney

2

**STIPULATION AND ORDER TO VACATE THE TRIAL DATES**

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of February, 2025.

_____
Troy L. Nunley
Chief United States District Judge