ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIAS SILVA,<br>Defendant. | CASE NO. 2:22-CR-00092-TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |

Pursuant to Local Rule 141(b) and consistent with the Court's July 8, 2026 Order, the Declaration of Etan Zaitsu shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

DATED: August 7, 2026

Troy L. Nunley
Chief United States District Judge