MICHAEL W. CLOUGH State Bar No. 235410
Law Offices of Michael Clough
6114 LaSalle Ave #833
Oakland, CA 94611
Telephone: (650) 274-7764
cloughlawoffices@gmail.com
Attorney for Defendant Elias Silva

**IN THE U.S. DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:22-CR-00092-TLN |
| | ) | |
| Plaintiff, | ) | **ORDER TO SEAL** |
| | ) | |
| vs. | ) | DATE: August 20, 2026 |
| | ) | TIME: 9:30 a.m. |
| ELIAS SILVA, | ) | The Hon. Troy L. Nunley |
| Defendant. | | |

Pursuant to Local Rule 141(b) and consistent with the Court's July 8, 2026 Order, Document "22-cr-0092 EZ Billing Notes shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

DATED: August 24, 2026

Troy L. Nunley
Chief United States District Judge