ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ELIAS SILVA, Defendant. | CASE NO. 2:22-CR-00092-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 8, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on December 8, 2026.

2. By this stipulation, the parties now jointly move to continue the **Jury Trial until April 12, 2027, at 9:00 a.m**., and to exclude time between December 8, 2026, and April 12, 2027, under Local Code T4. The parties also request that the Court continue the **Trial Confirmation Hearing from October 29, 2026, to March 4, 2027, at 9:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant has a serious medical condition that requires a surgical procedure to correct. That surgery is scheduled for November

30, 2026. Based on the proximity to the December 8 trial date, there is a significant likelihood that defense counsel will not be available on December 8. Accordingly, the parties are requesting to re-schedule the trial at a mutually-agreeable time that will allow defense counsel to be adequately recovered and prepared, or alternatively, allow defense counsel adequate time to work with co-counsel to assist in the presentation and/or take over the presentation of the defense case.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, such continuance allows for continuity of defense counsel.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2026 to April 12, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: October 13, 2026

/s/ MICHAEL CLOUGH
MICHAEL CLOUGH
Counsel for Defendant
ELIAS SILVA

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of October, 2026.

Troy L. Nunley
Chief United States District Judge